USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FORTHILL CONSTRUCTION CORP., MARTIN
McKERNAN, and MARGARET McKERNAN,
                       Plaintiffs,

        -against-

BLUE ACQUISITION, LLC,
                       Defendant.
-----------------------------------------------------------X

17 **CIVIL** 5367 (CS)(LMS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 27, 2020, the R&R is adopted as the decision of the Court and judgment is entered for Plaintiffs in the amount of $1,435,325.67, plus post-judgment interest in accordance with 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
          February 27, 2020

                                      **RUBY J. KRAJICK**

                                      **Clerk of Court**
                    BY:
                                      **Deputy Clerk**